

## *Fourteenth Court of Appeals*

BE IT REMEMBERED:

THAT at the term of the Honorable Fourteenth Court of Appeals of the State of Texas, begun and holden at Houston on January 1, 2019, present Chief Justice KEM THOMPSON FROST, and Justices TRACY CHRISTOPHER, KEN WISE, KEVIN JEWELL, FRANCES BOURLIOT, JERRY ZIMMERER, CHARLES A. SPAIN, MEAGAN HASSAN and MARGARET "MEG" POISSANT.

"Pursuant to and in compliance with an order of the Supreme Court of Texas, dated October 7, 2019, it is ordered that this cause be transferred to the 1st Court of Appeals, at Houston, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said cause to the Clerk of the 1st Court of Appeals.

| | |
|---|---|
| **14-19-00657-CV** | **In the Interest of A.M.H-F., A.L.F., A.C.J.H-M., A.H.H. II., A.P.J.H-M. aka A.C.H-M., children v. Texas Department of Family and Protective Services** |

I, CHRISTOPHER A. PRINE, Clerk of the Fourteenth Court of Appeals, at the City of Houston, hereby certify that this is a true and correct copy of this Court's Order entered October 7, 2019 from this Court to the 1st Court of Appeals, at Houston, Texas as appears of record in the Court's Minutes.

IN WITNESS WHEROF, I hereunto set my hand and affix the seal of this Court at Houston, this October 7, 2019.

CHRISTOPHER A. PRINE, CLERK
FOURTEENTH COURT OF APPEALS
AT HOUSTON

/s/ Christopher A. Prine



# IN THE SUPREME COURT OF TEXAS

## Misc. Docket No. 19-9096

### TRANSFER OF CASE
### FROM THE FOURTEENTH COURT OF APPEALS
### TO THE FIRST COURT OF APPEALS

Pursuant to Tex. Gov't Code § 73.001, the following case is hereby transferred from the Court of Appeals for the Fourteenth District, Houston, Texas to the Court of Appeals for the First District, Houston, Texas:

Case No. 14-19-00657-CV
*In the Interest of A.M.H-F., A.L.F., A.C.J.H-M., A.H.H.II., A.P.J.H-M. aka A.C.H-M., Children*
*v. Texas Department of Family and Protective Services*

The Fourteenth Court of Appeals will make the necessary order for the transfer of the case directed hereby and will cause the Clerk of that Court to transfer or transmit all filings in the case, and verify all Orders made, to the First Court of Appeals. Upon completion of the transfer, the Fourteenth Court of Appeals shall provide notice of the transfer to the Supreme Court and the State Office of Court Administration.

**ORDERED by the Supreme Court of Texas, in Chambers,**

With the Seal thereof affixed at the City of Austin, this 7th day of October, 2019.

BLAKE A. HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS